# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

**ANH V. NGUYEN**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj30/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 C.F.R. § 210 and FSS 322.34(1) | Driving with a Suspended License Without Knowledge | 11/21/07 | One |

Count(s) Two ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than March 19, 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 2/20/08

*Miles Davis* (signature)

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **2-26-08**